AO 245B (Rev. 09/19) (VAED 6/23) Judgment in a Criminal Case
Sheet 1

**Case Number:** 1:24-mj-281
**Defendant's Name:** Emerson, Jonathon M.



# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
|  | ) | (For Petty Office) – Short Form |
| v. | ) | Case Number:  1:24-mj-281 |
|  | ) |  |
| JONATHON M. EMERSON | ) |  |
|  | ) | _____ |
|  | ) |  |
|  | ) |  |
|  | ) |  |

The defendant pleaded guilty to Count 1.

The defendant is adjudged guilty of:

| Title and Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 USC 13 assimilating Va Code 46.2-301 | Driving while license revoked/suspended | 5/21/2024 | 1 |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the Court.

|  | **Assessment** | **Fine** |
| --- | --- | --- |
| **Total: $100.00** | $ 25.00 | $ 75.00 |

The fine and special assessment shall be paid by October 9, 2024

09/09/2024
Date of Imposition of Judgment

_/s/ Lindsey R. Vaala_
Signature of Judge

Lindsey Robinson Vaala, United States Magistrate Judge
Name and Title of Judge

09/09/2024
Date